# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-07257-JHN-AJWx | Date | June 16, 2010 |
|---|---|---|---|
| Title | Paul Triplett v. City of San Bernadino et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND SETTING DUE DATE FOR OPPOSITION, IF ANY, TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT  (In Chambers)

On May 24, 2010, Defendants filed a Motion for Summary Judgment ("Motion"), set for hearing on June 28, 2010 [38].  An opposition, if any, was due no later than June 7, 2010.  Local Rule 7-9 (requiring that opposing papers be filed and served not later than twenty-one (21) days before hearing on the motion).

Despite a courtesy phone call from the Court Clerk on June 11, 2010 enquiring on the status of the case and informing Plaintiff that an opposition was past due, Plaintiff still has not filed an opposition.

**Plaintiff is ORDERED TO SHOW CAUSE, in writing, not later than June 21, 2010 at noon as to why the Court should not dismiss this case for lack of prosecution.  Plaintiff's opposition, if any, to Defendants' pending Motion is due not later than June 21, 2010 at noon.  A reply to Plaintiff's opposition, if any, is due not later than June 28, 2010.  The Court continues hearing on Defendants' Motion to July 12, 2010 at 2:00 p.m.**

**Failure to comply with this Order may result in the imposition of sanctions.**

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |