JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PAUL TRIPLETT,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN BERNARDINO; MICHAEL A. BILLDT, in his official capacity as chief of police of the City of San Bernardino; CHRISTOPHER GREY; AND JASON KING; AND DOES 1-10,<br><br>    Defendants. | Case No.: CV-08-07257-MWF (AJW)<br><br>**ORDER RE: DISMISSAL OF DEFENDANTS WITH PREJUDICE**<br><br>Hon. Michael W. Fitzerald |

Before the Court is a Notice of Settlement and Joint Stipulation. The parties have reached settlement on all issues raised in this matter. The parties have fully performed their obligations under their settlement agreement. Having read and considered the parties stipulation, and good cause appearing therefore, it is ordered as follows: This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: May 30, 2017

Michael W. Fitzgerald
United States District Judge